Commonwealth *v.* Cardonick, Appellant.

Argued March 23, 1971. *Steven G. Laver,* for appellant; *Martin H. Belsky,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Cardonick et al., Appellants.

Argued March 19, 1971. *Arnold Glaberson,* with him *John Mattioni,* and *Rome and Glaberson,* for appellants; *Joseph D. Grano,* Assistant District Attorney, with him *Michael Baylson* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., absent.

Commonwealth *v.* Cardonick, Appellant.